# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSE L. GALLARDO,** | ) | 8:07CV357 |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GARY REIBER, Dawson County Sheriff, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

This matter is before the court on Respondents' motion for continuance. (Filing No. 17.) The motion requests a 30-day extension of time in which to file a motion for summary judgment or answer. The court finds that good cause is shown for the extension and the motion is therefore granted.

IT IS THEREFORE ORDERED that:

1. Respondents' motion for continuance (Filing No. 17) is granted. Respondents shall have until December 21, 2007, in which to file either a motion for summary judgment or answer; and

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: December 21, 2007: Deadline for Respondents to file motion for summary judgment or answer.

DATED this 19th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge